UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON HESS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREEDOM MORTGAGE, INC.,<br><br>　　　　Defendant. | No.  2:24-cv-00832-DJC-JDP<br><br><br>ORDER TO SHOW CAUSE |

　　　　On April 22, 2024, Defendant filed a Motion to Dismiss.  (ECF No. 7.)  Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed. L.R. 230(c); see also Fed. R. Civ. P. 78.  Fourteen days have passed, and Plaintiff has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.

　　　　Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must show cause in writing why the Court should not construe Plaintiff's failure to file a timely opposition as a non-opposition to Defendant's Motion and why this case should not be dismissed for failure to prosecute.  See Local Rule 230(c). Additionally, the hearing set for June 27, 2024, at 1:30 p.m. in Courtroom 10 is

////

////

VACATED pursuant to Local Rule 230(g).  If the Court later determines oral argument is warranted it will be reset on calendar.

    IT IS SO ORDERED.

Dated:  June 12, 2024   /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE